**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Sandy Hills, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 90-0083659 |

4. Debtor's address

**Principal place of business**

**68 Mc Cue Lane**
**Babylon, NY 11702**
Number, Street, City, State & ZIP Code

**Suffolk**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Sandy Hills, LLC**                                          Case number (*if known*) _____
     Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    6552

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

---

| Debtor | **Sandy Hills, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1,
attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  __Sandy Hills, LLC_____   Case number (if known) _____
          Name

▮▮▮▮▮  **Request for Relief, Declaration, and Signatures**

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/04/25__
             MM / DD / YYYY

X _____     Francis Weber
Signature of authorized representative of debtor    Printed name

Title  __Managing Member_____

**18. Signature of attorney**

X _____     Date __6/4/25__
Signature of attorney for debtor                 MM / DD / YYYY

__Marc A. Pergament__
Printed name

__Weinberg, Gross & Pergament LLP__
Firm name

__400 Garden City Plaza__
__Suite 309__
__Garden City, NY 11530__
Number, Street, City, State & ZIP Code

Contact phone  __(516) 877-2424__    Email address  __mpergament@wgplaw.com__

_____
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Sandy Hills, LLC |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Administration District Counsel, NY District Office 26 Federal Plaza, Room 3100 New York, NY 10278** | | | . | | | **$150,000.00** |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><strong>Sandy Hills, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| | **Column A** Amount of claim<br>Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Certilman Balin Adler & Hyman**<br>Creditor's Name<br>**100 Motor Parkway, Suite 560**<br>**Hauppauge, NY 11788**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Rocky Point Road, Middle Island, NY Section 378.00, Block: 02.00, Lot: 033.004 f/k/a Lot: 033.003** | **Unknown** | **$1,900,000.00** |
|---|---|---|---|---|

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Suffolk County Treasurer**
**2. Lois T. Conforti Executrix of the Estate**
**3. Thomas Newman**
**4. WJ Investors Corp.**
**5. The Wheatley Harbor LLC**
**6. The Gross Family Holdings, LLC**
**7. Certilman Balin Adler & Hyman**
**8. Commonwealth Holdings Pension**
**9. Eagan & Golden LLP**
**10. Lucille Weber**
**11. Owen Peterson and Co., LLC**
**12. Edward J. Barone**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| Debtor | Sandy Hills, LLC | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

**2.2** **Commonwealth Holdings Pension**
Creditor's Name

**and Profit Sharing Plan**
**1101 Fox Hill Drive**
**Baiting Hollow, NY 11933**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**Rocky Point Road, Middle Island, NY**
**Section 378.00, Block: 02.00, Lot: 033.004**
**f/k/a Lot: 033.003**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $1,900,000.00

---

**2.3** **Eagan & Golden LLP**
Creditor's Name

**96 South Ocean Avenue**
**Patchogue, NY 11772**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**Rocky Point Road, Middle Island, NY**
**Section 378.00, Block: 02.00, Lot: 033.004**
**f/k/a Lot: 033.003**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Unknown    $1,900,000.00

---

**2.4** **Edward J. Barone**
Creditor's Name

**95 Trenor Drive**
**New Rochelle, NY 10804**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Rocky Point Road, Middle Island, NY**
**Section 378.00, Block: 02.00, Lot: 033.004**
**f/k/a Lot: 033.003**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Unknown    $1,900,000.00

---

| Debtor | Sandy Hills, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated |
| | ■ Disputed |

---

**2.5** | **Lois T. Conforti Executrix of the Estate**

Creditor's Name

**of Anthony T. Conforti, deceased**
**c/o Pinks Lipske & White Esqs**
**140 Fell Court, Suite 303**
**Hauppauge, NY 11788**

Creditor's mailing address

| | | $702,345.25 | $1,900,000.00 |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

**Rocky Point Road, Middle Island, NY Section 378.00, Block: 02.00, Lot: 033.004 f/k/a Lot: 033.003**

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.6** | **Lucille Weber**

Creditor's Name

**1101 Fos Hill Drive**
**Baiting Hollow, NY 11933**

Creditor's mailing address

| | | Unknown | $1,900,000.00 |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

**Rocky Point Road, Middle Island, NY Section 378.00, Block: 02.00, Lot: 033.004 f/k/a Lot: 033.003**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.7** | **Nelson and Pope Engineering & Land Surv.**

| **Describe debtor's property that is subject to a lien** | | Unknown | $1,900,000.00 |
|---|---|---|---|

**Debtor**  **Sandy Hills, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| Creditor's Name | Rocky Point Road, Middle Island, NY |
| **70 Maxess Road**<br>**Melville, NY 11747** | **Section 378.00, Block: 02.00, Lot: 033.004**<br>**f/k/a Lot: 033.003** |
| Creditor's mailing address | Describe the lien |

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **Owen Peterson and Co., LLC** | Describe debtor's property that is subject to a lien | Unknown | $1,900,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Rocky Point Road, Middle Island, NY** | | |
| | **1757 Veterans Memorial Highway Suite 14 Islandia, NY 11749** | **Section 378.00, Block: 02.00, Lot: 033.004**<br>**f/k/a Lot: 033.003** | | |
| | Creditor's mailing address | Describe the lien | | |

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **Suffolk County Treasurer** | Describe debtor's property that is subject to a lien | Unknown | $1,900,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Rocky Point Road, Middle Island, NY** | | |
| | **H. Lee Dennison Building 100 Veterans Memorial Higheay Hauppauge, NY 11788** | **Section 378.00, Block: 02.00, Lot: 033.004**<br>**f/k/a Lot: 033.003** | | |
| | Creditor's mailing address | Describe the lien | | |

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor    **Sandy Hills, LLC** _____    Case number (if known) _____
              Name

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
|---|---|---|---|
| ☐ No | ☐ Contingent | | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated ☐ Disputed | | |

---

| 2.1 0 | **The Gross Family Holdings, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$1,900,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Rocky Point Road, Middle Island, NY** | | |
| | **45 Harbor Road Harbor Acres Sands Point, NY 11050** | **Section 378.00, Block: 02.00, Lot: 033.004 f/k/a Lot: 033.003** | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Mortgage** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
|---|---|---|---|
| ☐ No | ■ Contingent | | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated ■ Disputed | | |

---

| 2.1 1 | **The Wheatley Harbor LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$1,900,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Rocky Point Road, Middle Island, NY** | | |
| | **P.O. Box 777 Smithtown, NY 11787** | **Section 378.00, Block: 02.00, Lot: 033.004 f/k/a Lot: 033.003** | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Mortgage** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
|---|---|---|---|
| ☐ No | ■ Contingent | | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated ■ Disputed | | |

---

| 2.1 2 | **Thomas Newman** | Describe debtor's property that is subject to a lien | **$603,000.00** | **$1,900,000.00** |
|---|---|---|---|---|

---

| Debtor | Sandy Hills, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | Rocky Point Road, Middle Island, NY<br>Section 378.00, Block: 02.00, Lot: 033.004<br>f/k/a Lot: 033.003 | | | |

**1315 West Main Street**
**Riverhead, NY 11901**

Creditor's mailing address

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1<br>3 | WJ Investors Corp. | Describe debtor's property that is subject to a lien<br>**Rocky Point Road, Middle Island, NY**<br>**Section 378.00, Block: 02.00, Lot: 033.004**<br>**f/k/a Lot: 033.003** | **Unknown** | **$1,900,000.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**739 East Main Street**
**Riverhead, NY 11901**

Creditor's mailing address

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$1,305,345.25

---

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Marks DiPalermo Wilson PLLC**<br>**485 Madison Avenue, 16th Floor**<br>**New York, NY 10022** | Line _2.12_ | |

---

Debtor    **Sandy Hills, LLC**
<u> </u>
       Name

    **Suffolk County Treasurer**
    **330 Center Drive**
    **Riverhead, NY 11901**

Case number (if known)    <u> </u>

Line  <u>**2.9**</u>

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Sandy Hills, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**U.S. Small Business Administration**<br>**District Counsel, NY District Office**<br>**26 Federal Plaza, Room 3100**<br>**New York, NY 10278**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$150,000.00** |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **U.S. Small Business Administration**<br>**409 3rd Street, SW**<br>**Washington, DC 20416** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **U.S. Small Business Administration**<br>**2 North 29th Street, Suite 320**<br>**Birmingham, AL 35203** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 150,000.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 150,000.00 |

## United States Bankruptcy Court
### Eastern District of New York

In re  **Sandy Hills, LLC**

_____

Debtor(s)

Case No. _____

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Common Wealth Profit Sharing Plan & Trust | | 49.2 | |
| Francis X. Weber, Jr. | | 50 | |
| Mitchell Carlinsky | | .8 | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  6/4/25

Signature  Francis Weber

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of New York

In re   <u>Sandy Hills, LLC</u>

Debtor(s)

Case No. _____

Chapter   <u>11</u>

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: <u>6/4/25</u>

Francis Weber/Managing Member
Signer/Title

Date: <u>6/4/25</u>

Signature of Attorney
Marc A. Pergament
Weinberg, Gross & Pergament LLP
400 Garden City Plaza
Suite 309
Garden City, NY 11530
(516) 877-2424   Fax: (516) 877-2460

USBC-44

Rev. 9/17/98

Certilman Balin Adler & Hyman
100 Motor Parkway, Suite 560
Hauppauge, NY 11788

Commonwealth Holdings Pension
and Profit Sharing Plan
1101 Fox Hill Drive
Baiting Hollow, NY 11933

Eagan & Golden LLP
96 South Ocean Avenue
Patchogue, NY 11772

Edward J. Barone
95 Trenor Drive
New Rochelle, NY 10804

Francis X. Weber, Jr.
63 Mc Cue Lane
Babylon, NY 11702

Lois T. Conforti Executrix of the Estate
of Anthony T. Conforti, deceased
c/o Pinks Lipske & White Esqs
140 Fell Court, Suite 303
Hauppauge, NY 11788

Lucille Weber
1101 Fos Hill Drive
Baiting Hollow, NY 11933

Marks DiPalermo Wilson PLLC
485 Madison Avenue, 16th Floor
New York, NY 10022

Mitchell Carlinsky, Esq.
Carlinsky Dunn & Pasquariello PLLC
532 Broadhollow Road, Suite 129
Melville, NY 11747

Nelson and Pope Engineering & Land Surv.
70 Maxess Road
Melville, NY 11747

Owen Peterson and Co., LLC
1757 Veterans Memorial Highway
Suite 14
Islandia, NY 11749


Suffolk County Treasurer
H. Lee Dennison Building
100 Veterans Memorial Higheay
Hauppauge, NY 11788


Suffolk County Treasurer
330 Center Drive
Riverhead, NY 11901


The Gross Family Holdings, LLC
45 Harbor Road
Harbor Acres
Sands Point, NY 11050


The Wheatley Harbor LLC
P.O. Box 777
Smithtown, NY 11787


Thomas Newman
1315 West Main Street
Riverhead, NY 11901


U.S. Small Business Administration
District Counsel, NY District Office
26 Federal Plaza, Room 3100
New York, NY 10278


U.S. Small Business Administration
409 3rd Street, SW
Washington, DC 20416


U.S. Small Business Administration
2 North 29th Street, Suite 320
Birmingham, AL 35203


WJ Investors Corp.
739 East Main Street
Riverhead, NY 11901

# United States Bankruptcy Court
## Eastern District of New York

In re   **Sandy Hills, LLC** _____   Case No. _____

_____   Chapter   **11** _____
Debtor(s)

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Sandy Hills, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_____
Date  6/4/25

_____
**Marc A. Pergament**
Signature of Attorney or Litigant
Counsel for   **Sandy Hills, LLC**
**Weinberg, Gross & Pergament LLP**
**400 Garden City Plaza**
**Suite 309**
**Garden City, NY 11530**
**(516) 877-2424 Fax:(516) 877-2460**
**mpergament@wgplaw.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  Sandy Hills, LLC _____    **CASE NO.:.** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:


1. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____


(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

_____
**Marc A. Pergament**
Signature of Debtor's Attorney
**Weinberg, Gross & Pergament LLP**
**400 Garden City Plaza**
**Suite 309**
**Garden City, NY 11530**
**(516) 877-2424 Fax:(516) 877-2460**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

<u>NOTE</u>: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:                                          Chapter 11

Sandy Hills, LLC,                               Case No.

                    Debtor.
-------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure

and Rule 1073-3 of the Local Rules of Bankruptcy Procedure for the Eastern District of

New York, Sandy Hills, LLC (the **"Debtor"**) the above-captioned Debtor and Debtor in

possession, hereby states that there are no corporate equity holders of the Debtor holding

10% or more of the issued and outstanding shares of any class of the Debtor's equity

interests.

In addition, (a) the Debtor does not own (directly or indirectly) 10% or more of any

class of a corporation's publicly traded equity interests, (b) the Debtor does not own an

interest in any limited partnership, (c) the Debtor does not own an interest in any general

partnership, (d) The Debtor does not own an interest in any corporations or limited liability

companies.

Pursuant to 28 U.S.C. §1746, I, the undersigned Secretary of the Debtor, declare

under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief with reliance upon appropriate corporate officers.

Dated: June 3, 2025                             Sandy Hills, LLC

                                                _____
                                                Francis Weber, Jr., Secretary

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In Re:                                               Chapter 11

Sandy Hills, LLC,       Case No.

                        Debtor.                      Affirmation Under Local
                                                     <u>Bankruptcy Rule 1007-4</u>
----------------------------------------------------------X

       Francis Weber, Jr., duly affirms under the penalties of perjury as follows:

       1.     I am the Secretary of Sandy Hills, LLC, the above-named debtor (hereinafter "Debtor").  I submit this affirmation in accordance with Local Bankruptcy Rule 1007-4 and in connection with the Debtor's voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") filed herein.

       2.     The principal office of the Debtor is located in this district at 68 Mc Cue Lane, Babylon, New York.

       3.     The Debtor's taxpayer identification number is 90-0083659.

       4.     There is neither a case under the former Bankruptcy Act nor under the Bankruptcy Code currently pending by or against the Debtor.

       5.     The Debtor is not a small business debtor within the meaning of Bankruptcy Code Section 101(51D).

       6.     No official or unofficial committee of creditors of the Debtor has been organized as of this date.

       7.     No property of the Debtor is in the possession or custody of any custodian, public officer, receiver, trustee, assignee of rents, or secured creditor or agent for any such persons.

       8.     The Debtor's principal books and records are located at Owen Peterson Co & LLP, 1757 Veterans Memorial Highway, Islandia, New York.

9.    A listing of the Debtor's twenty (20) largest unsecured creditors, excluding insiders, is attached to the Debtor's petition.

10.    During the pendency of these proceedings, the Debtor intends to continue its operations as a land developer.

11.    The Debtor operates its business from 68 Mc Cue Lane, Babylon, New York.

12.    It is anticipated that the Debtor's operations in the next thirty (30) days will result in a slight loss.

13.    No stocks, bonds, debentures, or other securities of the Debtor have been publicly issued.

14.    The Debtor does not have any assets located outside the territorial limits of the United States.

15.    It is desirable for the Debtor to continue its operations, as the Debtor believes itself to be capable of effectuating a reorganization.


Dated: Babylon, New York
          June 3, 2025


_Francis Weber_
Francis Weber, Jr.